| | |
|---|---|
| ROBERT N. WINDES<br>Alaska Bar #0506046<br>Moran Windes & Wong, PLLC<br>5608 17th Avenue Northwest<br>Seattle, Washington 98107<br>Phone:    206-788-3000<br>Facsimile: 206-788-3001<br><br>Attorneys for Plaintiff | **FILED**<br>DEC 1 2 2005<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF ALASKA<br>By_____ Deputy |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## AT ANCHORAGE

JOSEPH SNELL and RUTH SNELL, husband and wife

　　　　Plaintiffs,

　　v.

KATHY THOMPSON and JOHN DOE THOMPSON, Husband and Wife and their marital community; and JOHN DOES I through X,

　　　　Defendants.

Case No. A 05-289-CV

## COMPLAINT

COMES NOW the plaintiffs and for cause of action against the defendants alleges and states as follows:

COMPLAINT
Snell, et al v. Thompson, et al
Page 1 of 3

ORIGINAL

## I.   PARTIES

1.1   Plaintiffs JOSEPH and RUTH SNELL are residents of Ontario, Canada.

1.2   Defendants KATHY THOMPSON and JOHN DOE THOMPSON are husband and wife and reside in Ketchikan, State of Alaska.

1.3   Defendants JOHN DOES I through X are individuals whose identities and places of residence are unknown to plaintiffs.

## II.   JURISDICTION AND VENUE

2.1   Subject matter jurisdiction over the claims asserted in this Complaint arises under 28 U.S.C. 1332 as plaintiffs are residents of Ontario, Canada, defendants are residents of Alaska, United States and the amount in controversy exceeds $75,000 exclusive of interests and costs.

2.2   Venue is proper in this Judicial District under 28 U.S.C. 1391(a) as defendants are residents of this judicial district and plaintiffs' claims arose in this judicial district.

## III.   FACTUAL ALLEGATIONS

3.1   On or about June 3, 2004, plaintiff JOSEPH SNELL was a pedestrian in Ketchikan, Alaska.

3.2   At that time, defendant KATHY THOMPSON caused the motor vehicle she was driving to collide with plaintiff JOSEPH SNELL.

3.3   Plaintiff JOSEPH SNELL was injured.

## IV. NEGLIGENCE

4.1   Plaintiffs re-allege the allegations contained in paragraphs 3.1 through 3.3.

4.2   Defendant KATHY THOMPSON negligently operated her motor vehicle.

4.3   The acts and/or omissions of defendant alleged herein proximately cause serious and permanent injuries and damages to plaintiffs.

## V. DAMAGES

5.1   Plaintiffs have incurred medical expenses and will continue to have medical expenses in an amount to be proven the time of trial.

5.2   Plaintiffs have suffered economic injury and will have future economic losses in an amount to be proven at the time of trial.

5.3   Plaintiffs has suffered serious injuries causing permanent pain, suffering and disability.

5.4   Plaintiffs seek special damages as proven at the time of trial together with general damages in an amount that is fair and reasonable as determined by the trier of fact.

WHEREFORE, plaintiffs pray for judgment against defendants in such sum as will fully and fairly compensate him for his injuries, general damages, special damages, plaintiffs= costs and disbursements herein.

DATED this 8th day of December 2005.

MORAN WINDES & WONG, PLLC

ROBERT N. WINDES, ABA #0506046
Attorneys for Plaintiff

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000   FAX (206) 788-3001

COMPLAINT
Snell, et al v. Thompson, et al
Page 3 of 3