UNITED STATES DISTRICT COURT, DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH SNELL AND RUTH SNELL, HUSBAND AND WIFE<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>KATHY THOMPSON AND JOHN DOE THOMPSON, HUSBAND AND WIFE AND THEIR MARITAL COMMUNITY; AND JOHN DOES I THROUGH X<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>A05-0289 CV (JKS)<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE; COMPLAINT; |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **18th day of February, 2006, at 3:20 PM**, at the address of **23230 GRAPHIC Lane , WILDER, Canyon County, ID** ; this affiant served the above described documents upon **KATHY THOMPSON**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Joe Thompson, aka John Doe Thompson, aprox. 65-68 years old, balding with grey**, person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Alaska** that the statement above is true and correct.

_Dorothy Hall_
**Dorothy Hall**

SUBSCRIBED AND SWORN to before me this 22nd day of February, 2006

_Stephanie H Cobley_
NOTARY PUBLIC in and for the State of **Idaho**



| | | |
|---|---|---|
| ABC's Client Name<br>**Geisness (Thomas) & Assoc.** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking #: T776526 |