perlres                                                                 Page 1 of 1

### U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH SNELL AND RUTH SNELL, HUSBAND AND WIFE<br><br>Plaintiff/Petitioner<br><br>vs.<br>KATHY THOMPSON, ET VIR., ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>A05 0289 CV (JKS)<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE; COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein

On the **7th day of March, 2006, at 7:18 PM**, at the address of **11385 N TONGASS Highway #500, KETCHIKAN, Ketchikan County, AK**; this affiant served the above described documents upon **JOHN DOE THOMPSON**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **KATHY THOMPSON**, , person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Alaska** that the statement above is true and correct.

_____
**CLYDE PASTERSKI, Reg. # 6310931, ALASKA**

SUBSCRIBED AND SWORN to before me this 7th day of March, 2006

_____
NOTARY PUBLIC in and for the State of **Alaska**

| | | |
|---|---|---|
| ABC's Client Name<br>**Geisness (Thomas) & Assoc.**<br>**SNELL** | ORIGINAL PROOF OF<br>SERVICE | ABC Tracking # **3838583** |

