ROBERT N. WINDES
Alaska Bar #0506046
Moran Windes & Wong, PLLC
5608 17th Avenue Northwest
Seattle, Washington 98107
Phone:    206-788-3000
Facsimile: 206-788-3001

Attorneys for Plaintiff

RECEIVED
MAR 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## AT ANCHORAGE

JOSEPH SNELL and RUTH SNELL, husband and wife

Plaintiffs,

v.

KATHY THOMPSON and JOHN DOE THOMPSON, Husband and Wife and their marital community; and JOHN DOES I through X,

Defendants.

Case No. A05-0289 CV (JKS)

### MOTION TO ALLOW APPEARANCE AND PARTICIPATION OF NON-RESIDENT ATTORNEY

I, Robert N. Windes, am counsel for Joseph Snell and Ruth Snell, in the above-captioned case and hereby move the Court for an order allowing appearance and participation of non-resident attorney, Thomas M. Geisness,

MOTION TO ALLOW APPEARANCE AND PARTICIPATION OF NON-RESIDENT ATTORNEY
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 1 of 3

ORIGINAL

1  pursuant to Alaska R. Civ. P. 81(a)(2). Mr. Geisness will associate with Mr.
2  Windes, who is an active member of the bar of this Court. This motion is
3  supported by the attached Consent of Counsel, Status Certificate, and proof of
4  payment of the required Alaska Bar Association fee.

5  DATED this 9th day of March 2006.

                MORAN WINDES & WONG, PLLC

                _____
                ROBERT N. WINDES, ABA #0506046
                Attorneys for Plaintiff

10  DATED this 9th day of March 2006.

                THE GEISNESS LAW FIRM

                _____
                THOMAS M. GEISNESS, WSBA#1878
                Attorneys for Plaintiff

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000   FAX (206) 788-3001

MOTION TO ALLOW APPEARANCE AND
PARTICIPATION OF NON-RESIDENT ATTORNEY
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 2 of 3

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, The undersigned certifies that on this day he/she caused to be served in the manner noted below, a copy of the document to which this certificate is attached, on the following individual(s):

<u>Via Regular Mail</u>
Thomas M. Geisness
The Geisness Law Firm
811 – 1st Avenue, #675
Seattle, Washington 98104
Phone: 206-728-8866
Facsimile: 206-728-1173

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 27th day of March 2006.

*/s/ Laura K. Criss*
Laura K. Criss
Signed at Seattle, Washington

MOTION TO ALLOW APPEARANCE AND
PARTICIPATION OF NON-RESIDENT ATTORNEY
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 3 of 3

```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

         # 00127919 - PS
           March 30, 2006

  Code    Case #      Qty
                                 Amount
  6855XX-N 05-289
                                 150.00 CK
         TOTAL →
                                 150.00

  FROM: MWW, PLLC FOR
        THOMAS M. GEISNESS
        PRO HAC VICE
        3:05-CV-00289
```