RECEIVED
MAR 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ROBERT N. WINDES
Alaska Bar #0506046
Moran Windes & Wong, PLLC
5608 17th Avenue Northwest
Seattle, Washington 98107
Phone:    206-788-3000
Facsimile: 206-788-3001

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
**AT ANCHORAGE**

| | |
|---|---|
| JOSEPH SNELL and RUTH SNELL, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>KATHY THOMPSON and JOHN DOE THOMPSON, Husband and Wife and their marital community; and JOHN DOES I through X,<br><br>Defendants. | Case No. A05-0289 CV (JKS) TMB |

## CONSENT OF COUNSEL

I, Robert N. Windes, am counsel for Plaintiff, Joseph Snell and Ruth Snell, in the above-captioned matter and submit this Consent of Counsel in support of my Motion to Allow Appearance and Participation of Non-Resident Attorney pursuant to Alaska R. Civ. P. 81(a)(2) as follows:

CONSENT OF COUNSEL
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 1 of 2


ORIGINAL

1. I am an attorney with the law firm of Moran Windes & Wong, PLLC, 5608 17th Avenue Northwest, Seattle, Washington 98107.

2. I am a member in good standing with the Alaska Bar Association, ABA number 0506046.

3. I hereby consent to Thomas M. Geisness of The Geisness Law Firm, 811 – 1st Avenue, #675, Seattle, Washington 98104, appearing and participating in the above-referenced matter pursuant to Alaska R. Civ. P. 81(a)(2).

4. Thomas M. Geisness is a member in good standing of the Washington State Bar Association. A Status Certificate is attached as Exhibit A and incorporated herein by this reference.

I hereby request that the Court permit Thomas M. Geisness to appear and participate on behalf of Plaintiff.

DATED this 9th day of March 2006.

MORAN WINDES & WONG, PLLC

_____
ROBERT N. WINDES, ABA #0506046
Attorneys for Plaintiff

CONSENT OF COUNSEL
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 2 of 2

RECEIVED
MAR 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# STATUS CERTIFICATE

This certifies that

# THOMAS MOULTON GEISNESS

was admitted to the Bar of the State of Washington on September 20, 1968, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of March 8, 2006.

*M. Janice Michels*

M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA