RECEIVED
MAR 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  ROBERT N. WINDES
   Alaska Bar #0506046
2  Moran Windes & Wong, PLLC
   5608 17th Avenue Northwest
3  Seattle, Washington 98107
   Phone:    206-788-3000
4  Facsimile: 206-788-3001

5  Attorneys for Plaintiff

6

7

8
                    **UNITED STATES DISTRICT COURT**
9                       **DISTRICT OF ALASKA**
                         **AT ANCHORAGE**
10

11 | JOSEPH SNELL and RUTH SNELL,
   | husband and wife
12 |
   |            Plaintiffs,
13 |                                    Case No. A05-0289 CV (JKS) TMB
   |       v.
14 |
   | KATHY THOMPSON and JOHN DOE
15 | THOMPSON, Husband and Wife and
   | their marital community; and JOHN
16 | DOES I through X,
17 |
   |            Defendants.
18

19        **ORDER GRANTING MOTION TO ALLOW APPEARANCE AND**
          **PARTICIPATION OF NON-RESIDENT ATTORNEY**
20

21        This Court having considered counsel for Plaintiff's Motion to Allow

22  Appearance and Participation of Non-Resident Attorney, and pursuant to

23  Alaska R. Civ. P. 81(a)(2),

ORDER GRANTING MOTION TO ALLOW APPEARANCE
AND PARTICIPATION OF NON-RESIDENT ATTORNEY
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 1 of 2

**ORIGINAL**

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000   FAX (206) 788-3001

1   IT IS SO ORDERED that Thomas M. Geisness is allowed to appear and
2   participate as Plaintiff's counsel in the above-captioned case.
3   DATED at _____, Alaska this ____ day of _____ 2006.
4
5                                           _____
                                            THE HONORABLE TIMOTHY M. BURGESS

MORAN WINDES & WONG
5608 17th AVENUE NORTHWEST
SEATTLE, WASHINGTON 98107
(206) 788-3000  FAX (206) 788-3001

ORDER GRANTING MOTION TO ALLOW APPEARANCE
AND PARTICIPATION OF NON-RESIDENT ATTORNEY
Snell, et al v. Thompson, et al
No. A05-0289 CV (JKS) – Page 2 of 2