Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

Attorneys for Defendant Kathy Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH SNELL and RUTH SNELL, husband and wife,<br><br>          Plaintiffs,<br><br>vs.<br><br>KATHY THOMPSON and JOHN DOE THOMPSON, Husband and Wife and their marital community, and JOHN DOES I through X,<br><br>          Defendants. | Case No. A05 289 CV (JKS) |

**DEMAND FOR JURY TRIAL**

A jury trial of all issues so triable is hereby demanded by the undersigned.

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

CALL, HANSON & KELL, P.C.
Attorneys for Defendant
Kathy Thompson

Dated: May 9, 2006

s/Blake H. Call
250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: bhc@chklaw.net
ABA No. 8911051

<u>Certificate of Service</u>

I hereby certify that on May 9, 2006, a copy of the foregoing Demand for Jury Trial was served electronically on Robert N. Windes

s/Blake Call

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

DEMAND FOR JURY TRIAL
Snell v. Thompson, Case No. A05 0289 CV (JKS)
Page 2