Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:      258-8864
Fax:         258-8865
E-Mail:  bhc@chklaw.net

Attorneys for Defendant Kathy Thompson

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH SNELL and<br>RUTH SNELL, husband and wife,<br><br>        Plaintiffs,<br><br>vs.<br><br>KATHY THOMPSON and JOHN DOE<br>THOMPSON, Husband and Wife and<br>their marital community, and JOHN<br>DOES I through X,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. A05 289 CV (JKS) |

## ANSWER

COMES NOW defendant Kathy Thompson, by and through counsel of

record, Call, Hanson and Kell, P.C., and hereby responds to plaintiffs'

complaint, paragraph by paragraph, as follows:

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

## I.    PARTIES

1.1    Based upon information and belief, admitted.

1.2    Answering defendant Kathy Thompson admits that she is a resident of the State of Alaska, City of Ketchikan.

1.3    Answering defendant has no information with regard to John Doe defendants and therefore denies all allegations relevant to same.

## II.    JURISDICTION AND VENUE

2.1    Answering defendant admits that plaintiffs' allegations seem to fall within the jurisdiction of this court.

2.2    Admitted.

## III. FACTUAL ALLEGATIONS

3.1    Based upon information and belief, admitted.

3.2    Answering defendant admits that her vehicle struck plaintiff Joseph Snell while he was a pedestrian.  Answering defendant denies, however, that her actions caused the incident.

3.3    Admitted.

## IV.  NEGLIGENCE

4.1    Answering defendant realleges and incorporates her responses to paragraphs 3.1 through 3.3.

4.2    Denied.

4.3    Denied.

## V.  DAMAGES

5.1    Answering defendant is without sufficient information to form a belief as to the truth or the falsity of the allegations contained in paragraph 5.1 and therefore denies the same.

5.2    Answering defendant is without sufficient information to form a belief as to the truth or the falsity of the allegations contained in paragraph 5.2 and therefore denies the same.

5.3    Answering defendant is without sufficient information to form a belief as to the truth or the falsity of the allegations contained in paragraph 5.3 and therefore denies the same.

5.4    Answering defendant is without sufficient information to form a belief as to the truth or the falsity of the allegations contained in paragraph 5.4 and therefore denies the same.

## AFFIRMATIVE DEFENSES

1.    Answering defendant, who denies that she was negligent, asserts that the incident was the result of the negligence of plaintiff Joseph Snell and the concept of comparative negligence applies to both plaintiffs.

2.    Answering defendant reserves the right to raise such other and further affirmative defenses as are raised throughout the course of discovery in this matter.

WHEREFORE, answering defendant prays for the following relief:

1.    For an order dismissing plaintiff's Complaint, with prejudice;

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

2.      For an award of attorney's fees and costs incurred in defense of

the action;

3.      For such further relief as this court deems just and equitable

under the circumstances.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant
Kathy Thompson


Dated: May 9, 2006                     s/Blake H. Call
_____

250 H Street
Anchorage, AK  99501
Phone:  (907) 258-8864
Fax: (907) 258-8865
E-mail: bhc@chklaw.net
ABA No. 8911051


Certificate of Service

I hereby certify that on May 9,
2006, a copy of the foregoing
Answer was served electronically
on Robert N. Windes

_____

s/Blake Call

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

ANSWER
Snell v. Thompson, Case No. A05 0289 CV (JKS)
Page 4