UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>JOSEPH SNELL, et al.</u>    v.    <u>KATHY THOMPSON</u>

THE HONORABLE TIMOTHY BURGESS

DEPUTY CLERK                                  CASE NO.  <u>3:05-cv-00289-TMB</u>

<u>Patty Demeter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 12, 2006

**XX**  A Rule 16(b) minute order requiring a status report was issued in this case, and no timely report was filed.

   **XX**  File Rule 16(b) status report within 15 days from the date of this minute order.

   __  Show cause within 15 days from the date of this minute order why this case should not be dismissed for repeated failure to comply with a Rule 16(b) minute order.

   __  This case is dismissed for repeated failure to comply with a Rule 16(b) minute order and follow-up minute order(s).

__  A status report has been filed in response to the court's call for a status report which fails to comply with the court's Rule 16(b) minute order.  The deficiencies are noted below.  A <u>complete</u> report, complying in all respects with the Rule 16(b) minute order, shall be filed within 15 days of this minute order.  Deficiencies:

[ ]{IIA2.WPD*Rev.12/96}