HONORABLE TIMOTHY M. BURGESS

UNITED STATES DISTRICT COURT
DISTRIC OF ALASKA
AT ANCHORAGE

JOSEPH and RUTH SNELL,

    Plaintiffs,

v.

KATHY THOMPSON,

    Defendant.

NO. C05-00289-TMB

JOINT STATUS REPORT

The parties hereby submit their Joint Status Report.

A.     Nature of the Case.

    1.     Lead Attorneys

        Robert N. Windes         Blake H. Call
        Thomas M. Geisness      Call, Hanson & Kell
        Moran, Windes & Wong    250 H Street
        5608 17th Avenue, NW     Anchorage, AK. 99501
        Seattle WA. 98107         (907) 258-8864
        (206) 788-3000

    2.     Basis for federal jurisdiction. 28 USC 1332 as plaintiffs are residents of Canada and defendant is a resident of the State of Alaska.

    3.     Nature of claims. Personal injury claims arising out of a pedestrian v. automobile collision.

    4.     Name of any party not served. None.

JOINT STATUS REPORT - 1

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173

5. Principle legal issues. Liability for driving behavior, potential of comparative negligence by pedestrian.

6. Principal factual issues. Liability, comparative negligence and nature and extent of injury.

B. Discovery.

1. Completed Discovery. None, however documents have been exchanged informally.

2. Pending and anticipated motions. None.

3. Previous rulings. None other than dismissal of "John Doe Thompson" by court. Parties had intended to dismiss same by stipulation.

4. Previous filed status reports. None.

C. Trial.

1. Length and Jury. A jury demand has been filed. Counsel anticipates trial of this matter would take 7 days.

D. Settlement.

1. Status of settlement discussions. The parties are actively engaging in settlement discussions and do not request settlement conference or judicial assistance at this time.

DATED this 23rd day of June, 2006.

MORAN, WINDES & WONG

By *[signature]*
ROBERT N. WINDES
THOMAS M. GEISNESS
Attorneys for Plaintiffs

JOINT STATUS REPORT - 2

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173

CALL, HANSON & KELL

By _____
BLAKE CALL
Attorneys for Defendant

JOINT STATUS REPORT - 3

THE GEISNESS LAW FIRM
The Colman Building, Suite 675
811 First Avenue
Seattle, WA 98104
(206) 728-8866; Fax (206) 728-1173