Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

Attorneys for Defendant Kathy Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH SNELL and RUTH SNELL, husband and wife,<br><br>        Plaintiffs,<br><br>vs.<br><br>KATHY THOMPSON and JOHN DOE THOMPSON, Husband and Wife and their marital community, and JOHN DOES I through X,<br><br>        Defendants. | Case No. 3:05-cv-289 CV (TMB) |

**NOTICE TO THE COURT ON STATUS OF CASE**

The parties to this litigation would like to settle. Defendant Thompson's insurer has offered facial policy limits to settle the case in exchange for a release of all claims from the plaintiffs to the defendants. However, under Canadian Law, plaintiffs need to obtain permission from

their UIM carrier prior to agreeing to settle with defendant. The carrier for plaintiffs has promised to provide either permission for the plaintiffs to settle with Thompson and dismiss this litigation or to comply with Canadian UM/UIM law and Alaska Law as to Real Party in Interest status and intervene in this litigation as a real party or ratified party. The undersigned has been in contact with both the Canadian UIM carrier and counsel for the Snells and both have authorized the undersigned to submit this Notice to the Court on Status of Case. Plaintiffs' UIM carrier promises a response within two weeks. The current parties request, therefore, a final delay in the matter to see if this case can be resolved.

                                      CALL, HANSON & KELL, P.C.
                                      Attorneys for Defendant
                                      Kathy Thompson

Dated: September 14, 2006        s/Blake H. Call
                                      250 H Street
                                      Anchorage, AK 99501
                                      Phone: (907) 258-8864
                                      Fax: (907) 258-8865
                                      E-mail: bhc@chklaw.net
                                      ABA No. 8911051

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

Certificate of Service

I hereby certify that on September 14, 2006, a copy of the foregoing Notice to Court on Status of Case was served electronically on Robert N. Windes, counsel of record for plaintiffs and by email to attorney Robert Clough(co-counsel to Windes) and by email to Aviva Canada Ltd., (Plaintiffs' UIM Carrier in Ontario Canada)

_____

s/Blake Call

**CALL, HANSON & KELL, P.C.**
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE TO COURT ON STATUS OF CASE
Snell v. Thompson, Case No. 3:05-cv-289 (TMB)
Page 3