Blake H. Call
Call, Hanson and Kell, P.C.
250 H Street
Anchorage, AK 99501

Phone:   258-8864
Fax:     258-8865
E-Mail:  bhc@chklaw.net

Attorneys for Defendant Kathy Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH SNELL and RUTH SNELL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHY THOMPSON and JOHN DOE THOMPSON, Husband and Wife and their marital community, and JOHN DOES I through X,<br><br>Defendants. | Case No. 3:05-cv-289 CV (TMB) |

## STIPULATION FOR DISMISSAL

IT IS NOW HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or

attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

CALL, HANSON & KELL, P.C.
Attorneys for Defendant

Dated: 10/16/06

By: /s/ Blake H. Call
Blake H. Call
ABA No. 8911051

THE GEISNESS LAW FIRM
Attorneys for Plaintiffs

Dated: 10/19/06

By: /s/ Robert Clough
Robert Clough

MORAN WINDES & WONG
Attorneys for Plaintiff

Dated: 10/20/06

By: /s/ Robert N. Windes
Robert N. Windes
ABA No. 0506046

CALL, HANSON & KELL, P.C.
250 H. Street
Anchorage, Alaska 99501-2112
Phone (907) 258-8864 • Fax (907) 258-8865

STIPULATION FOR DISMISSAL
Snell v. Thompson, Case No. 3:05-cv-289 (TMB)
Page 2