IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH SNELL, et al.<br><br>      Plaintiff,<br>vs.<br><br>KATHY THOMPSON,<br><br>      Defendant. | Case No. 3:05-cv-00289-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that all claims are dismissed with prejudice and without costs or attorneys fees to any of the parties.  This case is hereby DISMISSED.

APPROVED:

/s/ Timothy M. Burgess
  **TIMOTHY M. BURGESS**
  United States District Judge

| | |
|---|---|
| October 25, 2006 | /s/ Ida Romack |
| Date | IDA ROMACK, Clerk of Court |